UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| EMPIRE PETROLEUM PARTNERS, LLC | ) | |
| | ) | |
| V. | ) | NO. 2:14-CV-133 |
| | ) | |
| ALLEN PETROLEUM COMPANY OF | ) | |
| EAST TENNESSEE, INC., and C&L | ) | |
| PARTNERSHIP, LLP | ) | |

## MEMORANDUM OPINION

The plaintiff, in accordance with the instructions of this Court, filed an affidavit regarding its attorney fees, expenses, and costs [Doc. 34]. In the Memorandum Opinion [Doc. 33] entered previously on the unopposed motion for summary judgment, the Court found that the plaintiff was entitled to damages in the total amount of $932,704.00, and to its reasonable attorney fees and costs of litigation, pursuant to the supply agreements [Doc. 1, Exhibits 1 and 2] between the defendants and plaintiff's predecessor in interest.

The Court has reviewed the affidavit of counsel. The combined attorney fees, expenses and costs to date total $20,708.81. Plaintiff's lead counsel anticipates an additional 10 hours of work until the final disposition of this matter, at an hourly rate of $310. The Court finds the fees, costs and expenses to be reasonable.

Accordingly, it is hereby ORDERED that plaintiff is entitled to attorney fees, expenses, and costs in the total amount of $23,801.81 against Allen Petroleum Company of East Tennessee, Inc., and C&L Partnership, LLC. Final judgment shall enter against them for the previously found damages, and for these attorney fees, costs and expenses.

SO ORDERED:

s/ Clifton L. Corker
UNITED STATES MAGISTRATE JUDGE